IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN H. BENSON,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>               Defendant. | Civil No. 08-175-AC<br><br>O R D E R |

    H. Peter Evans
    David B. Lowry
    9900 SW Greenburg Rd., Suite 235
    Portland, Oregon  97223

          Attorneys for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Adrian L. Brown
    Assistant United States Attorney
    1000 SW Third Avenue, Suite 600
    Portland, Oregon  97204

Page 1 - ORDER

Nancy A. Mishalanie
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

      The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on May 27, 2009.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT  Magistrate Judge Acosta's Findings and Recommendation (#26).

      IT IS HEREBY ORDERED that the Commissioner's decision is AFFIRMED.

      DATED this ___15th___ day of June, 2009.


                                         /s/ Garr M. King
                                           GARR M. KING
                                      United States District Judge